IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR95 |
| vs. | |
| DANYEL SONNET MIDDLETON, | ORDER |
| Defendant. | |

This matter is before the court on Defendant's Motion Out of Time to Extend Date to File Pretrial Motions and Continue Trial Date [15]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by May 13, 2021.

IT IS ORDERED:

1. Defendant's Motion Out of Time to Extend Date to File Pretrial Motions and Continue Trial Date [15] is granted. Pretrial motions shall be filed on or before May 13, 2021.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between April 13, 2021 and May 13, 2021, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3. Jury Trial set for 5/10/2021 at 9:00 AM in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Judge Robert F. Rossiter Jr. is canceled and will be reset after the pretrial motion deadline.

Dated this 19th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge